FILED

MAY 14 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| | ) CASE NO. **5:25 CR 00249** |
| v. | ) Title 18, United States Code, |
| JOSHUA L. WOOLRIDGE, | ) Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) **JUDGE NUGENT** |

COUNT 1
(Felon in Possession of a Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about February 21, 2025, in the Northern District of Ohio, Eastern Division, Defendant JOSHUA L. WOOLRIDGE, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Possession of Cocaine, in case number 2004-08-2729, in the Court of Common Pleas of Summit County, Ohio, on or about November 22, 2004; and Felon in Possession of a Firearm, in case number 5:21CR145, in the United States District Court for the Northern District of Ohio, on or about November 18, 2021, knowingly possessed in and affecting interstate and foreign commerce firearms, to wit: a Taurus model G2C 9mm caliber semiautomatic pistol bearing serial number ADC060799; a Remington Arms Co. model US 1911 .45 caliber semiautomatic pistol bearing serial number 2442380, and ammunition, said firearms and ammunition having previously been

shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Count 1 are incorporated herein by reference. As a result of the foregoing offenses, Defendant JOSHUA L. WOOLRIDGE shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearms violations charged herein; including, but not limited to, the following:

   A. a Taurus model G2C 9mm caliber semiautomatic pistol bearing serial number ADC060799;

   B. a Remington Arms Co. model US 1911 .45 caliber semiautomatic pistol bearing serial number 2442380, and

   C. Miscellaneous ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.